FILED

2008 Oct-14  PM 01:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **TIMOTHY CARTER SCHWERTFEGGER,**] | |
| ] | |
| **Movant,** ] | |
| ] | |
| **vs.** ] | **CV-08-RDP-RRA-8029-W** |
| ] | **CR-03-RDP-RRA-0617-W** |
| ] | |
| ] | |
| **UNITED STATES OF AMERICA,** ] | |
| ] | |
| **Respondent.** ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation (Doc. #7), recommending that

this § 2255 motion to vacate (Doc. #1) be denied.  The movant has filed objections to the report and

recommendation.  (Doc. #8).  The court has considered the entire file in this action, together with

the report and recommendation and the objections, and has reached an independent conclusion that

the report and recommendation is due to be adopted and approved.  Accordingly, the court hereby

**ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings

and conclusions of the court.

The motion to vacate is due to be denied.  An appropriate order will be entered.

**DONE** and **ORDERED** this _____14th_____ day of October, 2008.

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE